[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 05, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-13648

_____

Agency Nos. A96-096-024
A95-886-844

HENRY ALEJANDRO SALINAS MILLAN,

Petitioner,

versus

U.S. ATTORNEY GENERAL,

Respondent.

_____

Petition for Review of a Decision of the
Board of Immigration Appeals

_____

**(December 5, 2007)**

Before DUBINA and KRAVITCH, Circuit Judges, and GOLDBERG,* Judge.

PER CURIAM:

_____
*Honorable Richard W. Goldberg, United States Court of International Trade Judge, sitting by
designation.

Henry Alejandro Salinas Millan, a citizen of Colombia, petitions for review of the Board of Immigration Appeals's ("BIA") decision affirming the Immigration Judge's ("IJ") denial of his claims for asylum, withholding of removal, and relief under the United Nations Convention Against Torture (CAT).[1]

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we conclude that the record evidence is sufficient to establish past persecution.

Accordingly, we grant the petition for review and remand this case to the BIA to further consider the case in light of our recent precedents of *Sanchez Jimenez v. U.S. Att'y Gen.*, 492 F.3d 1223 (11th Cir. 2007), and *Ruiz v. Gonzales*, 479 F.3d 762 (11th Cir. 2007).

**PETITION GRANTED.**

---

[1] The IJ's hearing and the BIA's review addressed the consolidated claims of Millan and his two cousins. His cousins later sought voluntary dismissal of their petitions and are no longer part of the case before us.